1  Michele R. Stafford, Esq. (SBN 172509)
   Edward D. Winchester (SBN 271500)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California  94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   Email: mstafford@sjlawcorp.com
5  Email: ewinchester@sjlawcorp.com

6  Attorneys for Plaintiffs, District Council 16 Northern
   California Health and Welfare Trust Fund, et al.
7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 | DISTRICT COUNCIL 16 NORTHERN           | Case No. C16-6730 WHO
   | CALIFORNIA HEALTH AND WELFARE          |
12 | TRUST FUND, et al.,                    | **PLAINTIFFS' REQUEST TO CONTINUE
                                             CASE MANAGEMENT CONFERENCE;
13 |         Plaintiffs,                    | ORDER THEREON**

14 |    v.                                  | Date:     February 28, 2017
                                             Time:     2:00 p.m.
15 | PETE CHACON CONSTRUCTION, INC., a      | Location: Ctrm. 2 – 17th Fl.
   | dissolved California corporation, et al.,  |       450 Golden Gate Ave.
16 |                                        |           San Francisco, CA 94102
   |         Defendants.                    | Judge:    Hon. William H. Orrick
17

18

19      Plaintiffs respectfully request that the Case Management Conference, currently on calendar for

20 February 28, 2017, be continued for approximately 60-90 days. Good cause exists for the granting of the

21 continuance, as follows:

22      1.    As the Court's records will reflect, this action was filed on November 21, 2016.

23      2.    Defendants were personally served on January 10, 2017 and January 11, 2017. The Proof

24 of Service of Summons was filed with the Court on January 23, 2017 (Dkt. #11).

25      3.    Defendants failed to plead or otherwise respond to the lawsuit. Plaintiffs filed a Request

26 for Entry of Default on February 13, 2017 (Dkt. #13). The Clerk entered the default on February 15,

27 2017.  (Dkt. # 14.)

28

1

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**
**Case No. C16-6730 WHO**   \\candsf.cand.circ9.dcn\data\Users\WHOALL\_CV\2016\2016_06730_District_Council_16_Northern_California_Health_and_v_Pete_Chacon_Construction_Inc\16-cv-06730-WHO-Proposed_Order_to_Continue_CMC.docx

4. Attempts to resolve this matter with counsel representing Defendants have so far been unsuccessful, although liability is not believed to be disputed. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for February 28, 2017, be continued for 60-90 days, to allow sufficient time for Plaintiffs to prepare and file a Motion for Default Judgment against Defendants.

5. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 17th day of February, 2017, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: /S/
Edward D. Winchester
Attorneys for Plaintiffs, District Council 16 Northern California Health and Welfare Trust Fund, et al..

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to May 16, 2017 at 2:00 p.m., and all previously set deadlines and dates related to this case are continued accordingly. Plaintiffs shall file the Motion for Default Judgment within 30 days of the date of this Order.

DATED: February 21, 2017

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT