UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PETE CHACON CONSTRUCTION, INC., et al., <br><br> Defendants. | Case No. 16-cv-06730-WHO <br><br> **ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT** <br><br> Re: Dkt. No. 19 |

Plaintiffs' motion for entry of default judgment is now before the Court. This matter is appropriate for resolution without oral argument under Civil Local Rule 7-1(b), and the May 3, 2017 hearing is VACATED.

Defendant, Pete Chacon Construction, Inc. was timely served with notice of the motion for entry of default judgment and has not appeared to contest or respond to the motion. Having considered the pleadings and the declarations submitted, and GOOD CAUSE APPEARING:

Plaintiffs' Motion for Default Judgment against defendant Pete Chacon Construction, Inc. is GRANTED and Judgment is entered against defendant as follows:

| **AUDIT (09/01/12-8/31/15):** | | |
|---|---:|---:|
| Contribution Underpayments | $221,155.63 | |
| 20% Liquidated Damages | $44,231.13 | |
| 5% Interest (through 3/31/16) | $25,997.51 | |
| Audit Fees | $1,776.00 | |
| **Subtotal:** | | **$293,160.27** |
| Additional 5% Interest on Audit Contributions (4/1/16 through 3/22/17) | | $21,570.04 |
| Attorneys' Fees (7/28/15 – 3/23/17) | | $14,427.50 |
| Costs (7/28/15 – 3/23/17) | | $1,049.64 |
| **TOTAL DUE:** | | **$330,207.45** |

It is further ORDERED that interest shall continue to accrue at a rate of 5% per annum on unpaid contributions ($221,155.63) from March 23, 2017, until paid, and at post judgment interest rates on the balance of the judgment.

**IT IS SO ORDERED.**

Dated: May 1, 2017

William H. Orrick
United States District Judge