UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PETE CHACON CONSTRUCTION, INC., et al.,<br><br>Defendants. | Case No. 16-cv-06730-WHO<br><br>**ORDER ADMINISTRATIVELY CLOSING THE CASE** |

Judgment having been entered against defendant Pete Chacon Construction, Inc. and the case being stayed against individual defendant Vanessa Chacon due to bankruptcy proceedings, this case is ADMINISTRATIVELY CLOSED. If plaintiffs wish to reopen the case following the conclusion of Vanessa Chacon's bankruptcy proceedings, they may file a motion to reopen.

**IT IS SO ORDERED.**

Dated: May 2, 2017



William H. Orrick
United States District Judge